JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| SAFETY PPE, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SKANDA GROUP OF INDUSTRIES LLC and NAGENDRA KARRI, an individual,<br><br>　　　　Defendants. | Case No. 2:21-cv-03967-JFW-PDx<br><br>**JOINT JUDGMENT**<br><br>[F.R.C.P. 56(a); Local Rule 56-1]<br><br>Judge: Hon. John F. Walter<br>Courtroom: 7A |

　　On January 11, 2023, Plaintiff Safety PPE, LLC ("Safety PPE") filed a Motion for Summary Judgment. (ECF No. 125). On January 23, 2023, Defendants Skanda Group of Industries LLC ("Skanda") and Nagendra Karri ("Karri") (collectively, the "Defendants") filed an Opposition (ECF No. 138), to which Safety PPE replied on January 30, 2023. (ECF No. 140).

　　Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court found this matter appropriate for decision without oral argument. On February 13, 2023, the Court issued and entered an order granting Safety PPE's Motion for Summary Judgment (ECF No. 148, the "February 13 Order") in Safety PPE's favor on (1) Safety PPE's first cause of action for breach of contract and, in the alternative, Plaintiff's second cause of action for money had and received, (2) on all of Defendants' affirmative defenses and (3) on Plaintiff's claims that Karri is liable for Plaintiff's claims against Skanda for breach of contract and money had and received under the doctrine of alter ego liability. Counsel for Safety PPE and for Defendants (all together, the

"Parties") met and conferred pursuant to the Court's February 13 Order on February 15, 2023. For the reasons stated in the Court's February 13 Order,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

    1.     JUDGMENT IS ENTERED in favor of Safety PPE and against Defendants on Plaintiff's claim for breach of contract;

    2.     JUDGMENT IS ENTERED in favor of Safety PPE and against Defendants on Plaintiff's claim for money had and received;

    3.     JUDGMENT IS ENTERED in favor of Safety PPE and against Defendants on all of Defendants' affirmative defenses;

    4.     JUDGMENT IS ENTERED in favor of Safety PPE and against Defendants on Safety PPE's claim that Defendant Nagendra Karri is liable for Safety PPE's claims against Defendant Skanda Group of Industries LLC for breach of contract and money had and received under the doctrine of alter ego liability;

    5.     Plaintiff Safety PPE shall recover from Defendants Skanda Group of Industries LLC and Nagendra Karri, jointly and severally, the amount of $2,580,000.00, plus (a) $519,534.24 in prejudgment interest, calculated at the rate of 10% from February 11, 2021 to February 16, 2023, (b) reasonable attorney's fees and costs to be determined pursuant to a timely motion for attorney's fees under Federal Rule of Civil Procedure 54, and (c) post-judgment interest at the rate statutorily mandated by 28 U.S.C. § 1961 from the date of entry of this judgment to the date of satisfaction;

    6.     The Court will retain jurisdiction for the purposes of enforcing the judgment and to determine the quantum of Plaintiff's entitlement to its reasonable attorney's fees and costs.

IT IS SO ORDERED.

DATED: February 16, 2023

                                                          Honorable John F. Walter
                                                          United States District Judge